ORIGINAL

JAMES R. MCGUIRE (CA SBN 189275)
JMcGuire@mofo.com
MARCELO GUERRA (CA SBN 232431)
MGuerra@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendants
FIRST PREMIER BANK OF SOUTH DAKOTA AND
PREMIER BANKCARD

FILED
2010 MAR -3 P 3: 45

E-filing

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

JL
CV 10 09141

| | |
|---|---|
| KATHERINE ROBINSON, on behalf of herself and all others similarly situated,, | Case No. |
| Plaintiffs, | **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| v. | |
| FIRST PREMIER BANK OF SOUTH DAKOTA and PREMIER BANKCARD, | |
| Defendants. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

- United National Corporation (Sioux Falls, SD): Defendants First Premier Bank of South Dakota and Premier Bankcard are wholly owned subsidiaries of United National Corporation, a private corporation.

CERTIFICATE OF INTERESTED PERSONS
sf-2808353

1

| | | |
|---|---|---|
| 1 | Dated: March 3, 2010 | JAMES R. MCGUIRE<br>MARCELO GUERRA<br>MORRISON & FOERSTER LLP |

By: _/s/ James R. McGuire_____
JAMES R. MCGUIRE

Attorneys for Defendants
FIRST PREMIER BANK OF SOUTH DAKOTA AND PREMIER BANKCARD