**RECEIVED**

MAR 2 4 2010

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**FILED**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

KATHERINE ROBINSON, on behalf of herself and all others similarly situated,

Plaintiff,

v.

FIRST PREMIER BANK OF SOUTH DAKOTA, et al.

Defendant.

CASE NO. 10-cv-0914 JL SBA

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

CHRISTOPHER J. NICHOLSON, whose business address and telephone number is 2025 Third Avenue North, Suite 500, Birmingham, AL 35203; (205) 323-1888;

and who is an active member in good standing of the bar of Alabama

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 4-9-10

_____
Saundra Brown Armstrong
United States District Judge